**Dismiss and Opinion Filed September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01431-CV

**KENNETH CRUMBLEY AND SEDONA OIL & GAS CORP., Appellants**
**V.**
**FRANCIS PHILIP SEARS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07787**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion Per Curiam

The Court has before it the parties' August 28, 2013 joint motion to vacate judgment and dismiss appeal pursuant to settlement. The Court **GRANTS** the motion, **VACATES** the judgment of the trial court, and **DISMISSES** this appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e).

121431F.P05

PER CURIAM



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENNETH CRUMBLEY AND SEDONA OIL & GAS CORP., Appellants

No. 05-12-01431-CV     V.

FRANCIS PHILIP SEARS, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-07787.
Opinion delivered per curiam. Justices Moseley, Bridges and Lang-Miers sitting for the Court.

In accordance with this Court's opinion of this date, the judgment of the trial court is **VACATED** and this appeal is **DISMISSED**.

It is **ORDERED** that appellee FRANCIS PHILIP SEARS recover his costs of this appeal from appellants KENNETH CRUMBLEY AND SEDONA OIL & GAS CORP., unless the parties' agreement provides otherwise.

Judgment entered September 10, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE